**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**DEVONTE J. MCCOY,**

**Petitioner,**

**v.** **Case No. 5:25cv202-MCR/MAF**

**SHERIFF, Bay County Jail,**

**Respondent.**
______________________________/

**ORDER**

The magistrate judge issued a Report and Recommendation dated May 8, 2026. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.
2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED for failure to prosecute**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**